May 28, 2008
Elliott Horn
2100 Napa Vallejo Hwy.
Napa, CA 94558

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102



RE: CV 08 2419 SI (PR) and CV 08 2546 SI (PR)

TO THE COURT AND THE COURT CLERK:

    As is evident from reading the complaint and attachments in the above-listed case numbers, this lawsuit was filed to hopefully stop a lot of violence, fear, and to stop anymore patients and/or staff from getting injured or worse by a very large, violent, and uncontrollable mental patient at Napa State Hospital (NSH).

    There have been many problems with the patients' incoming and outgoing legal mail at NSH over the years and sometimes when patients mail letters to the courts, for some reason the letters never arrive. To make sure to avoid any problems with getting the paperwork for this lawsuit requesting "emergency injunctive relief" for an emergency situation to the court as soon as possible, a copy of all the paperwork was mailed to the Court directly from NSH and I also mailed a copy of all the paperwork to Mr. William Sargent and to my family to mail to the Court.

    Consequently, the lawsuit was filed under two different case numbers (CV 08 2419 SI (PR) and CV 08 2546 SI (PR)), thus far, but fortunately the same District Court Judge or Magistrate was assigned to both case numbers.

    There have been many bad things happening at NSH for many years and a lot of unchecked violence keeps taking place, and that is why the US Justice Department has sued NSH twice during the past two decades and imposed two consent judgments. However, the persons monitoring the consent judgments were ineffective and nothing much has changed and this case cries for immediate federal court intervention and rectification.

Respectfully submitted,

Elliott Horn *Elliott Horn*

P.S. The trust office will not respond or sign "Certificate of Funds in Prisoner's Account Form", as they frequently refuse, and Dennis Carreon has attacked several other people, including Staff Member Zach Hatton. We need help.

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**
Mailed on 4-Jun-08

OAKLAND CA 945

Please stamp legal mail for
$12.50 Client, per A.D. & E.D.

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102