```
                                                            FILED
                                                         08 JUN -5 PM 1:52

                                                         RICHARD W. WIEKING
                                                       CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Elliot Horn,
                    Plaintiff,            CASE NO. _____

        vs.                                PRISONER'S
                                           APPLICATION TO PROCEED
                                           IN FORMA PAUPERIS  (PR)

                    Defendant.

I, Elliot Horn, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Not employed - disabled in State_
5  _Hospital_
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No _✓_
10            self employment
11      b.    Income from stocks, bonds,           Yes ___ No _✓_
12            or royalties?
13      c.    Rent payments?                       Yes ___ No _✓_
14      d.    Pensions, annuities, or              Yes ___ No _✓_
15            life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No _✓_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _No - I only get a few dollars when_
22  _my mom comes to visit me._
23  3.   Are you married?                          Yes ___ No _✓_
24  Spouse's Full Name: _Not Married_
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   __None_____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No _X_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No ____
20  _____
21  8.   What are your monthly expenses?   Confined in State Hospital
22  Rent: $_____ Utilities: Hospital
23  Food: $_____ Clothing: _____
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26 _____ | $_____ | $_____ |
| 27 _____ | $_____ | $_____ |
| 28 _____ | $_____ | $_____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/22/08
DATE

_Elroll Hotul_ (signature)
SIGNATURE OF APPLICANT

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case Number:

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of_____ for the last six months at_____ where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____.

[Authorized officer of the institution]

NSH Refuses to acknowledge this form, sign it, or give me a six month copy of my account. Reason being I feel a lack of regard, neglect. I get money from my mom and dad every week. I can pay the $350.00 but not all at once. Heres my mom and dads phone # (510) 437-9336 to varify my statement. Their names is: Oretha Hom an Lawson Hom.

Thank you.

Elliott Item 1-18
2100 NAPA VALLEJO HWY.
NAPA CA 94558.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

