**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT HORN, | No. C 08-2419 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ED FOULK; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008

_____
SUSAN ILLSTON
United States District Judge